# Court of Appeals
# of the State of Georgia

ATLANTA,     June 23, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0119. MARTIN v. KREMER.**

After reviewing the record and the parties' briefs and considering this matter further, the Court has determined that the discretionary application issued in Case No. A15I0211 was improvidently granted. Accordingly, the appeal is **DISMISSED**.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*     06/23/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See, e.g., *Killian v. State*, 315 Ga. App. 731, 732 (728 SE2d 258) (2012); *Mosley v. Ga. Peace Officer Standards & Training Council*, 217 Ga. App. 798 (458 SE2d 503) (1995).